IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALLACE THOMAS LESTER, :
        Petitioner :
    v. : Case No. 3:21-cv-17-KAP
VICKIE MOSER, WARDEN, :
F.C.I. LORETTO, :
        Respondent :

## Memorandum Order

Petitioner is at F.C.I. Loretto, serving a term of 240 months imprisonment imposed in the United States District Court for the Eastern District of North Carolina, United States v. Lester, Case no. 5:08-cr-169-D-1 (E.D.N.C. June 10, 2008)(Honorable James Dever, III), *aff'd,* 311 Fed.Appx. 660 (4th Cir. 2009), after a jury convicted petitioner of possessing a firearm after being convicted of a felony. According to petitioner's exhibits he is eligible for home detention in 2024.

Petitioner has submitted a "Motion for Compassionate Release" which he describes as a hybrid habeas corpus petition and motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Judge Dever, who was the sentencing court, has jurisdiction over a motion by the Director of the BOP or an inmate seeking a reduction of the term of a sentence for "extraordinary and compelling reasons[.]" 18 U.S.C. § 3582(c)(1)(A)(i). This court does not have jurisdiction over such a motion.

Petitioner, according to the docket for the Eastern District of North Carolina, has not as of this morning filed a Section 3582 motion with Judge Dever.

Petitioner asserts that this court has habeas jurisdiction to grant the relief petitioner seeks. But before this court considers the petition for habeas corpus, petitioner has to make arrangements to pay the filing fee. Although there is no charge to file a Section 3582 motion in the sentencing court, filing a habeas petition in the district where the petitioner is confined costs $5. There may also be costs of service. There is an incomplete motion to proceed *in forma pauperis* with the petitioner's papers that mentions an affidavit, but no affidavit is included.

The motion to proceed *in forma pauperis* is denied because it is incomplete: it does not comply with the Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(1)-(2), because it does not contain a certified copy of his inmate account statement from the inmate account officer at the institution where plaintiff is incarcerated.

1

      For the foregoing reasons, the petition is not being processed further and this case is CLOSED. Petitioner may re-open the habeas petition in this court by paying the filing fee or filing a proper motion for leave to proceed *in forma pauperis* with the required supporting documents. This does not prevent petitioner in any way from filing a Section 3582 motion with Judge Dever.

DATE: 8 February 2021

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Wallace Thomas Lester, Reg. no. 50834-056
F.C.I. Loretto
P.O. Box 1000
Cresson, PA 16630